IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| WILLIE JAMES STOVALL, JR., | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 00-AR-3214-S |
| BERNARD KINCAID, MIKE COPPAGE, FRED HAMBY, GWEN HARY, BEN KING, and FOSTER WOODRICK, | ) | |
| Defendants. | ) | |

ENTERED
JUN 2 6 2001

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on May 17, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). An appropriate order will be entered.

DATED this 26th day of June, 2001.

WILLIAM M. ACKER, JR.,
UNITED STATES DISTRICT JUDGE